Filed 8/10/11

# IN THE SUPREME COURT OF CALIFORNIA

| | | |
|---|---|---|
| THE PEOPLE, | ) | |
| | ) | |
| Plaintiff and Respondent, | ) | |
| | ) | S065720 |
| v. | ) | |
| | ) | |
| SEAN VENYETTE VINES, | ) | |
| | ) | Sacramento County |
| Defendant and Appellant. | ) | Super. Ct. No. 94F08352 |
| _____ | ) | |

## MODIFICATION OF OPINION

**THE COURT**:

The opinion herein, appearing at 51 Cal.4th 830, advance report, is modified as follows:

On page 854 of 51 Cal.4th, the first sentence of the third complete paragraph, beginning "Defendant's characterization of B.S.'s view," is deleted. In its place is substituted the following sentence: "We disagree."

This modification does not affect the judgment.